**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6807

CHRISTOPHER A. ODOM,

                                        Plaintiff - Appellant,

        versus

WILSON,   Maintenance   Supervisor;   NURSE
MICHAELS;  OFFICER ROBERTS,  LT. DALY,  SCDC
INJURY INSURANCE POLICY HOLDER,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Patrick Michael Duffy, District
Judge.  (8:07-cv-00325-PMD)

Submitted:  September 19, 2007      Decided:  October 10, 2007

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher A. Odom, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Odom v. Wilson, No. 8:07-cv-00325-PMD (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED